**No. 60366.**—Intercontinental Trading Corp. and Rohner, Gehrig & Co., Inc., et al. *v.* United States, protests 282784–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of typewriter cases the same in all material respects as those the subject of Abstract 59651, the claim of the plaintiffs was sustained.

**No. 60367.**—L. Skalny Basket Co. *v.* United States, protests 220278–K, etc. (Rochester).

Opinion by MOLLISON, J. The protests were dismissed.